Anthony D. Guenther, Esq.
Nevada Bar No. 5651
LAW OFFICES OF ANTHONY D. GUENTHER, ESQ.
3261 E. Warm Springs Rd.
Las Vegas, Nevada 89120
Telephone: (702) 589-5170
Facsimile: (702) 541-8866
Email: adg@adguentherlaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CINDY LICEA and EDUARDO ROMERO FLORES,<br><br>Plaintiffs,<br>vs.<br><br>MICHAEL POMPEO, UNITED STATES SECRETARY of STATE; DAVID T. DONAHUE, ACTING ASST. SECRETARY of STATE for CONSULAR AFFAIRS; EDWARD J. RAMOTOWSKI, DEPUTY ASST. SECRETARY of STATE for VISA SERVICES; DARIA L. DARNELL, UNITED STATES CONSUL GENERAL for CIUDAD JUAREZ, MEXICO; and JOHN DOE, CONSULAR OFFICER for CIUDAD JUAREZ, MEXICO<br><br>Defendants. | CASE NO.: 2:18-cv-01057-GMN-NJK<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS (First Request)** |

Plaintiffs, by and through their undersigned counsel, request an extension of time to file an opposition to the Motion to Dismiss (#8) filed herein by the defendants until October 8, 2018.

This is the first request for an extension of time to file an opposition to the Motion to Dismiss (#8). The date by which the Plaintiffs must file an opposition to the Motion to Dismiss (#8) is currently September 28, 2018. Plaintiffs' counsel requests the additional time due to an unexpected personal situation, and not for purposes of delay.

The defendants' counsel, Ms. Ann Welhaf, does not object to the requested extension.

/ / /

/ / /

/ / /

/ / /

Plaintiffs respectfully request that the court grant additional time – until October 8, 2018 – for Plaintiffs to file an opposition to the Motion to Dismiss (#8) filed herein by the defendants.

DATED this 28th day of September 28, 2018.

LAW OFFICES OF ANTHONY D. GUENTHER, ESQ.

/s/ Anthony D. Guenther

Anthony D. Guenther, Esq.
Nevada Bar No. 5651

3261 E. Warm Springs Rd.
Las Vegas, Nevada 89120
Telephone: (702) 589-5170
Facsimile: (702) 541-8866
Email: adg@adguentherlaw.com
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

**DATED** this __28__ day of September, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT