JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
GISELA A. WESTWATER
Assistant Director
ANN M. WELHAF
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868 Ben Franklin Station
Washington, DC 20530
Telephone: (202) 305-7171
Facsimile: (202) 542-4090
Email: ann.welhaf@usdoj.gov

*Attorneys for United States*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CINDY LICEA, | ) | CASE NO. 2:18-cv-01057-GMN-NJK |
| | ) | |
| Plaintiff, | ) | **DEFENDANTS' UNOPPOSSED** |
| | ) | **MOTION TO EXTEND TIME** |
| v. | ) | **TO FILE REPLY TO PLAINTIFF'S** |
| | ) | **OPPOSITION TO MOTION TO** |
| U.S. SECRETARY OF STATE | ) | **DISMISS AMENDED COMPLAINT** |
| MICHAEL POMPEO, DAVID T. | ) | |
| DONAHUE, EDWARD J. | ) | |
| RAMOTOWSKI, DARIA L. | ) | |
| DARNELL, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Federal Defendants, by and through undersigned counsel, move this Court for an extension of time to file their reply to Plaintiff's Opposition to Defendant's Motion to Dismiss the Amended Complaint, ECF No. 16.  Defendants' reply is currently due to be filed on or before this Friday November 9, 2018.  Undersigned counsel requests an additional fourteen (14) days in which to file Defendants' reply, until Friday November 23, 2018.  This motion is supported by good cause, as undersigned counsel has several other pressing professional matters for handling this week, including travel to the Eleventh Circuit Court of Appeals in Florida for presentation of oral argument, and other miscellaneous filings that must be completed.  This is Defendants' first request for any extension of any filing deadline in this case.  Defendants' counsel consulted with Plaintiff's counsel, Mr. Anthony D. Guenther, who advised that he has no objection to the granting of this motion for an extension of time.

Accordingly, Defendants respectfully move that this Court grant an extension of time to file their reply until Friday November 23, 2018.

DATED:  November 5, 2018                    Respectfully submitted,

                                            JOSEPH H. HUNT
                                            Assistant Attorney General
                                            United States Department of Justice
                                            Civil Division

                                            WILLIAM C. PEACHEY
                                            Director

                                            GISELA A. WESTWATER
                                            Assistant Director

                                            /s/ Ann M. Welhaf
                                            ANN M. WELHAF
                                            Trial Attorney
                                            Email: ann.welhaf@usdoj.gov

**IT IS SO ORDERED.**

**DATED** this __13__ day of November, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2018, I served a copy of the foregoing

DEFENDANTS' UNOPPOSSED MOTION TO EXTEND TIME TO FILE

REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS by filing

this document with the Clerk of Court through the CM/ECF system, which will

provide electronic notice and an electronic link to this document to Plaintiff's

attorney of record:

/s/ Ann M. Welhaf
ANN M. WELHAF
Trial Attorney
United States Department of Justice